UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 1st LMM Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Catherine Charmaine Antoine Evans**   JOINT DEBTOR: _____   CASE NO.: **14-12413 EPK**

Last Four Digits of SS# **xxx-xx-4074**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 1,040.62 for months **1** to **24** ;
B. $ 533.06 for months **25** to **36** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **7,000.00**   TOTAL PAID $ **1,645.00**
Balance Due $ 4,830.00 payable $ 201.25 /month (Months 1 to 24)
$ 525.00 payable $ 43.75 /month Months 25 36

*$3,500.00 for Chapter 13 Bankruptcy, $2,500.00 for LMM, and $500.00 for Motion to Avoid Liens, $500.00 for Motion to Modify

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **BSI Financial Services**
Address: **A Commom Wealth Place; Titusville, PA 16354**
Account No: **Account No: 8189**   LMM Payment $ **366.54** /month (Months **1** to **24**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service POB 7346; Philadelphia, PA 19114-0326 4074**
Total Due $ 8,283.02
Payable $ 234.70 /month (Months 1 to 24)
Payable $ 220.85 /month (Months 25 to 36)

Unsecured Creditors: Pay $ **208.73** /month (Months **1** to **24**)
Pay $**220.00** / month. (Months **25** to **36**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**The Debtor's mortgage with BSI Financial Services (#8189) has been modified and will be paid outside of the Plan.**
Rejected Contracts and/or Leases
-NONE-

Assumed Contracts and/or Leases
-NONE-

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Catherine Charmaine Antoine-Evans_
**Catherine Charmaine Antoine Evans**
Debtor

Date: 2/4/16